United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HOGUE,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE, INC.,<br><br>    Defendant. | Case No. 18-cv-00910 NC (PR)<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIPS OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above-captioned case is referred to District Judge Edward J. Davila to determine whether it is related to 5:17-cv-07274, *Keaton Harvey v. Apple, Inc.*

**IT IS SO ORDERED.**

DATED: April 11, 2018

_____
NATHANAEL M. COUSINS
United States Magistrate Judge